IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: LAWRENCE F. PEACE, DEBTOR     CASE NO: 4:09-bk-19409
    CHAPTER 13

U.S. BANK, N.A.     MOVANT

VS.

LAWRENCE F. PEACE AND     RESPONDENTS
JOYCE BRADLEY BABIN, TRUSTEE

## RESPONSE TO OBJECTION TO CLAIM OF U.S. BANK, N.A.

Comes now U.S. Bank, N.A. by and through its Attorneys, Dyke, Henry, Goldsholl & Winzerling, P.L.C. and for its Response to Objection to Claim of U.S. Bank, N.A. states:

1. U.S. Bank, N.A. admits the allegations of Paragraph 1 of the Notice of Objection to Claim.

2. U.S. Bank, N.A. admits the allegations of Paragraph 2 of the Notice of Objection to Claim as to the line starting at zero but states that draws were made up to the limit of $48,000.

3. U.S. Bank, N.A. denies the allegations of Paragraph 3 of the Notice of Objection to Claim. Failure of the Debtor acting *pro se* to understand the reasonable and customary fees does not make them objectionable.

4. U.S. Bank, N.A. denies the allegations of Paragraph 4 of the Notice of Objection to Claim but will make efforts to supply said information.

5. U.S. Bank, N.A. denies the allegations of Paragraph 5 of the Notice of Objection to Claim but will make efforts to supply said information.

6. U.S. Bank, N.A. denies the allegations of Paragraph 6 of the Notice of Objection to Claim but will make efforts to supply said information.

7. U.S. Bank, N.A. denies the allegations of Paragraph 7 of the Notice of Objection to Claim.

WHEREFORE, U.S. Bank, N.A. prays that the Notice of Objection to Claim be denied and for all other proper relief including Attorney Fees for having to respond to the Notice of Objection to Claim.

Respectfully submitted,

/s/J. Benton Dyke Jr.
J. Benton Dyke Jr.  Bar No. 87-056
DYKE, HENRY, GOLDSHOLL &
WINZERLING, P.L.C.
415 N. McKinley, Ste 555
Little Rock, AR 72205
(501) 661-1000

## CERTIFICATE OF SERVICE

I, J. Benton Dyke Jr., do hereby certify that a copy of the foregoing Entry of Appearance and Request for Notice has been served this 19th day of March, 2010 upon:

Joyce Bradley Babin, Trustee
P.O. Box 8064
Little Rock, AR 72203

through the Electronic Case Filing System upon its filing as the Trustee as she is a registered users of the System and upon:

Lawrence F Peace, Pro Se
419 Sample Dr.
North Little Rock, AR 72117

by U.S. Mail.


/s/J. Benton Dyke Jr.
J. Benton Dyke Jr.