IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: LAWRENCE F. PEACE,     Case No. 4:09-BK-19409-ARE
Debtor     Chapter 13

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

Comes now Nationstar Mortgage LLC (hereinafter "Respondent"), by and through its attorneys, Wilson & Associates, P.L.L.C., and for its Response to Debtor's Objection to Claim, states:

1. Respondent filed a Proof of Claim on January 11, 2010, evidencing its claim in the amount of $50,772.34, which was secured by a mortgage on the property located at 5921 Lyndell Drive in Little Rock, Arkansas, 72209.

2. Respondent is the authorized servicer of the mortgage and promissory note for this loan on behalf of Fannie Mae, the holder and investor.

WHEREFORE, Respondent prays for an Order of this Court denying the Debtor's Objection to Claim and for any and all other proper relief.

        Respectfully Submitted,

        WILSON & ASSOCIATES, P.L.L.C.
        1521 Merrill Drive, Suite D-220
        Little Rock, Arkansas 72211
        (501) 219-9388

        By:     /s/Erika Brock
                  Aaron Caldwell (2008091)
                  Erika L. Brock (2007178)
                  Leslie Fryxell (88096)
                  Kimberly D. Burnette (88077)

        Attorneys for Movant

## CERTIFICATE OF SERVICE

On March 26, 2010 a copy of the foregoing was served via electronic mail upon:

| | |
|---|---|
| Lawrence F. Peace | Joyce Bradley Babin |
| Pro Se | Trustee |
| 419 Sample Drive | P.O. Box 8064 |
| North Little Rock, AR 72117 | Little Rock, AR 72203-8064 |

/s/Erika Brock
Aaron Caldwell
Erika L. Brock
Leslie Fryxell
Kimberly D. Burnette

DResponsetoMotiontoDisallowClaim_elbrock_100326_1556
W&A No. 489-183882 / Loan No. xxxxx5654